DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 23 mins

| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Cindy C. Fan | | LIBERTY RECORDING: 10:42-11:05am | |
|---|---|---|---|---|
| MAGISTRATE JUDGE KANDIS A. WESTMORE | DATE 4/14/2026 | | NEW CASE ☐ | CASE NUMBER 4:19-cr-00520-JSW-1 |

### APPEARANCES

| DEFENDANT Jarvis Toussaint | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Erik Babcock | PD. ☐ RET. ☐ APPT. ☒ |
|---|---|---|---|---|---|

| U.S. ATTORNEY Jonah Ross | INTERPRETER | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D (NUNC PRO TUNC TO 4/13/2026) |
|---|---|---|---|

| PROBATION OFFICER Jenna Russo for Kristen Coleman | PRETRIAL SERVICES OFFICER | DEF ELIGIBLE FOR APPT'D COUNSEL ☒ | PARTIAL PAYMENT OF CJA FEES ☐ |
|---|---|---|---|

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS / ☐ TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL 1 min | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☒ STATUS RE: PRELIM. REVOC. (1 min) |
| ☒ DETENTION HRG (21 mins) | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH $ GOVT&PROB | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 5/5/2026 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 1:00 PM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS RE: SUP. REL. VIOL. |
| BEFORE HON. Judge White | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

For reasons stated on the record, DEF hasn't met burden of proof re: release, Court orders DEF detained. DEF waives preliminary revocation.
cc: USMS, JSWCRD, PROB

DOCUMENT NUMBER: