UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JARVIS TOUSSAINT,

        Defendant.

Case No.  19-cr-00520-JSW-1

**ORDER REQUIRING STATUS REPORT**

This matter is scheduled for a status hearing on May 19, 2026.  The Court ORDERS the parties to meet and confer and to consult with the Probation Officer and submit a joint status report by 4:00 p.m. Friday, May 15, 2026.

**IT IS SO ORDERED**.

Dated: May 12, 2026

_____
JEFFREY S. WHITE
United States District Judge

Cc: USPO Jenna Russo (by email)